RECVD '05 SEP 29 13:34USDC-ORP

IN THE UNITED STATES DISTRICT COURT LED '05 OCT 04 12:22USDC-ORE

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAROLYNE M. LIVINGSTON, | |
| Plaintiff, | Civil No. 04-926-HO |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,850.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. It is further ORDERED that costs in the amount of $150 shall be paid.

DATED this 3rd day of OCTOBER, 2005.

/s/ Michael R. Hogan
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Phyllis Burke    9/29/05
PHYLLIS BURKE, OSB #81459    Date
(503) 460-3200
Attorney for Plaintiff Livingston

ORDER